MARION T. MARTINDALE, as Administrator of the Estate of JOSEPHINE E. MARTINDALE, Deceased, Respondent, v. THE STATE OF NEW YORK, Appellant.

(Claim No. 23570.)

(Argued October 25, 1935; decided November 20, 1935.)

*John J. Bennett, Jr., Attorney-General (Leon M. Layden*
and *Henry Epstein* of counsel), for appellant.

*Crandall Melvin, Lawson Barnes* and *Louis Young* for
respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS,
LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.